NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL R. AARON, JR.,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D19-647
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____ )

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Larry Helms, Judge.

Paul A. Aaron, Jr., pro se.


PER CURIAM.


            Affirmed.  See Brooks v. State, 969 So. 2d 238 (Fla. 2007); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Blocker v. State, 968 So. 2d 686 (Fla. 2d DCA

2007); Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Brown v. State, 827 So.

2d 1054 (Fla. 2d DCA 2002); Vidak v. State, 793 So. 2d 27 (Fla. 2d DCA 2001); Haynes

v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); Allen v. State, 976 So. 2d 1189 (Fla. 5th

DCA 2008); Almendares v. State, 916 So. 2d 29 (Fla. 4th DCA 2005); Paul v. State, 830

So. 2d 953 (Fla. 5th DCA 2002); Pruitt v. State, 801 So. 2d 143 (Fla. 4th DCA 2001).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.